Same case below, 562 F.3d 830.

Same case below, 577 F.3d 600.

**No. 09-491. City of Long Beach, California, Petitioner v. Long Beach Area Peace Network, et al.**

559 U.S. 936, 130 S. Ct. 1569, 176 L. Ed. 2d 110, 2010 U.S. LEXIS 1166.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 574 F.3d 1011.

**No. 09-532. Thomas Fry, Petitioner v. Exelon Corporation Cash Balance Pension Plan.**

559 U.S. 936, 130 S. Ct. 1504, 176 L. Ed. 2d 110, 2010 U.S. LEXIS 1325.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 571 F.3d 644.

**No. 09-533. CropLife America, et al., Petitioners v. Baykeeper, et al.**

**No. 09-547. American Farm Bureau Federation, et al., Petitioners v. Baykeeper, et al.**

559 U.S. 936, 130 S. Ct. 1505, 176 L. Ed. 2d 110, 2010 U.S. LEXIS 1249.

February 22, 2010. Petitions for writs of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same cases below, 553 F.3d 927.

**No. 09-542. Mitchell N. Kay, et al., Petitioners v. Jose Gonzalez.**

559 U.S. 936, 130 S. Ct. 1505, 176 L. Ed. 2d 110, 2010 U.S. LEXIS 1200.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-564. City Council of the City of Albuquerque, Petitioner v. Albuquerque Commons Partnership.**

559 U.S. 936, 130 S. Ct. 1505, 176 L. Ed. 2d 110, 2010 U.S. LEXIS 1348.

February 22, 2010. Petition for writ of certiorari to the Court of Appeals of New Mexico denied.

Same case below, 146 N.M. 568, 212 P.3d 1122.

**No. 09-569. Robert Bylin, et ux., Petitioners v. John R. Billings, et al.**

559 U.S. 936, 130 S. Ct. 1506, 176 L. Ed. 2d 110, 2010 U.S. LEXIS 1204.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 568 F.3d 1224.

**No. 09-621. Minneapolis Taxi Owners Coalition, Inc., Petitioner v. City of Minneapolis, Minnesota, et al.**

559 U.S. 937, 130 S. Ct. 1570, 176 L. Ed. 2d 110, 2010 U.S. LEXIS 1191.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 572 F.3d 502.

**No. 09-623. Sally L. Moody, et al., Petitioners v. Allegheny Valley Land Trust, et al.**

559 U.S. 937, 130 S. Ct. 1507, 176 L. Ed. 2d 110, 2010 U.S. LEXIS 1219.

February 22, 2010. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Western District, denied.